IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-275-FL

| | |
|---|---|
| OSCAR G. HERNANDEZ, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| SALVADOR GUZMAN Supervisor; JUAN ROMERO Supervisor; and MARIO ROMERO Supervisor, | ) |
| Defendants. | ) |

This matter is before the court on order of Magistrate Judge James E. Gates, entered July 17, 2017, wherein upon frivolity review of plaintiff's claims pursuant to 28 U.S.C. § 1915(e), the magistrate judge directed plaintiff to file an amended complaint addressing the deficiencies noted therein. The court warned plaintiff that if he failed to file an amended complaint by August 14, 2017, that the case may be dismissed on the basis of the deficiencies noted and on any other grounds for dismissal presented. Plaintiff has not filed an amended complaint as ordered or otherwise responded to the order of the magistrate judge. Accordingly, upon considered review of the record and the order of the magistrate judge, plaintiff's action is DISMISSED pursuant to 28 U.S.C. § 1915(e), and for failure to prosecute. The clerk is DIRECTED to close this case.

SO ORDERED, this the 30th day of August, 2017.

LOUISE W. FLANAGAN
United States District Judge